14 F.3d 46
 Curtin (John J.), Digiacomo (Louis J.), Trustees for
Atlantic Financial Federal Deferred Compensation Plan
v.
Cioll (Edward, Jr.), Diegal (Frederick A.), Resolution Trust
Corp., Receiver for Atlantic Financial Savings, F.A.,
Gutshall (Donald T.), Jones (William McMichael), Reithmiller
(Robert J., Jr.), Raab (Richard J.), (Two Cases)
 NOS. 93-1404, 93-1410
 United States Court of Appeals,
Third Circuit.
 Nov 09, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.